No. D-1689. IN RE DISBARMENT OF TAYLOR. Disbarment entered. [For earlier order herein, see 517 U. S. 1242.]

No. D-1703. IN RE DISBARMENT OF ABRAMSON. Herbert W. Abramson, of Ft. Lauderdale, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on August 5, 1996 [ante, p. 1038], is discharged.

No. D-1708. IN RE DISBARMENT OF LEHMAN. Stephen Edward Lehman, of Spartanburg, S. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1709. IN RE DISBARMENT OF HOARE. Michael J. Hoare, of St. Louis, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1710. IN RE DISBARMENT OF SANDVOSS. Rolf H. G. Sandvoss, of Mt. Kisco, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1711. IN RE DISBARMENT OF ESSRICK. Carol Barbara Essrick, of Burtonsville, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D-1712. IN RE DISBARMENT OF HATCHER. John E. Hatcher, Jr., of Orlando, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1713. IN RE DISBARMENT OF SPANN. Ronald Thomas Spann, of Ft. Lauderdale, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.